■ In the Matter of BABY BOY. CHARLES F. et al., Appellants; LEEANN A., Respondent. [676 NYS2d 391] —Order unanimously affirmed without costs for reasons stated in decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from Order of Monroe County Surrogate's Court, Ciaccio, S.—Adoption.) Present—Pine, J. P., Hayes, Pigott, Jr., and Boehm, JJ. *[See,* 175 Misc 2d 7.]